[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 13, 2012
JOHN LEY
CLERK

No. 11-14017
Non-Argument Calendar

_____

D.C. Docket No. 6:10-cv-00071-PCF-DAB


ALBERTO D. BTESH,
as Guardian of Ronald S. Btesh,

Plaintiff-Appellant,

versus

CITY OF MAITLAND, FL, a Florida Municipal
Corporation, REBECCA DENICOLA,
GARY CALHOUN, individually and in their
official capacities as City of Maitland Police Officers,

Defendants-Appellees,

AMANDA PAYNE, individually and in her official
capacity as a City of Maitland Police Officer, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 13, 2012)

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Alberto Btesh appeals the grant of summary judgment to the City of Maitland, Rebecca Denicola and Gary Calhoun on all the remaining counts of his complaint in this action.

The district court in an exhaustive 88-page opinion held that neither of the individual defendants violated Btesh's clearly established constitutional right. As a result, the court held that the City of Maitland also was not liable to Btesh. The court found no merit to any of Btesh's other claims.

We have read the briefs, reviewed the record and carefully considered the district court's findings and conclusions of law. Finding no error in these, the judgment of the district court is due to be

AFFIRMED.